UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEILA MARQUEZ TALAMANTEZ,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | No. 1:23-cv-00994-ADA-EPG<br><br><br>ORDER REASSIGNING THE ACTION<br><br><br>**New Case No. 1:23-cv-00994-EPG** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (ECF Nos. 3, 9.)

Accordingly, this Court REASSIGNS the action to United States Magistrate Judge Erica P. Grosjean, for all further proceedings.  All further papers filed in this action shall bear the new case number:         **1: 23-cv-00994-EPG.**

IT IS SO ORDERED.

Dated:    October 23, 2023

UNITED STATES DISTRICT JUDGE

1